

# THE THIRTEENTH COURT OF APPEALS

## 13-14-00128-CR

Richard Lee Maza
v.
The State of Texas

On Appeal from the
36th District Court of San Patricio County, Texas
Trial Cause No. S-07-3239-CR

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed as modified. The Court orders the judgment of the trial court AFFIRMED AS MODIFIED.

We further order this decision certified below for observance.

June 11, 2015